IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-2410-AP**

**GREGORY P. BOHTE,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

        Defendant's Motion for Leave to File Answer out of Time (doc. #4), filed February 1, 2006, is **GRANTED.**  The Answer is accepted as filed.

---

Dated:  February 1, 2006