IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-2410-AP**

**GREGORY P. BOHTE,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion for Leave to File Supplemental Transcript (doc. #18), filed July 12, 2006, is GRANTED.

Dated:  July 12, 2006