IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02410-MSK

GREGORY BOHTE,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

---

## ORDER SETTING ORAL ARGUMENT

**THIS MATTER** comes before the Court following review of the file, administrative record and briefs submitted,

**IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **January 4, 2007,** at **4:00 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

Dated this 9th day of August, 2006.

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge