IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02410-MSK

GREGORY BOHTE,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

## ORDER GRANTING MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

THE MATTER IS before the Court on Plaintiff's Motion For Attorney Fees Under the Equal Access to Justice Act (EAJA) **(#33)** filed April 11, 2007. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#33) is GRANTED**. Plaintiff's attorney, Terry S. Fjeld, shall be entitled to receive attorney fees under EAJA in the amount of $3,758.75.

Dated this 17th day of April, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge